NUMBER 13-01-189-CV

 

                             COURT OF APPEALS

 

                   THIRTEENTH DISTRICT OF TEXAS

 

                                CORPUS CHRISTI

____________________________________________________________________

 

WAL-MART STORES, INC.,          Appellant,

 

                                                   v.

 

ROSA
MARIA GONZALEZ, ET AL.,                                         Appellees.

____________________________________________________________________

 

                        On appeal from the 206th  District Court

                                  of Hidalgo County, Texas.

____________________________________________________________________

 

                                   O P I N I O N

 

           Before Chief Justice
Valdez and Justices Yanez and Rodriguez

                                               
Opinion Per Curiam

 








Appellant, WAL-MART
STORES, INC.,
perfected an appeal from a judgment entered by the 206th
District Court of Hidalgo County, Texas, in cause number C-907-00-D.  After the
record and briefs were filed and after the cause was submitted to the Court,
appellant filed a motion to dismiss the appeal. 
In the motion, appellant states that this case has been resolved and
appellee has executed a release of judgment. 
Appellant requests that this Court dismiss the appeal.

The Court, having
considered the documents on file and appellant=s motion to dismiss the appeal, is of the opinion
that the motion should be granted. 
Appellant=s motion to dismiss is
granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 19th
day of September, 2002.